**CAPE RADIOLOGY GROUP, INC.,
Plaintiff–Appellant/Cross–
Respondent,**

v.

**Michael G. HIGGINS, M.D., De-
fendant–Respondent/Cross–
Appellant.**

**No. ED 79841.**

Missouri Court of Appeals,
Eastern District,
Southern Division.

July 30, 2002.

Bradshaw, Steele, Cochrane & Berens,
L.C., Richard G. Steele, Jeffrey L. Spray,
Cape Girardeau, MO, for appellant Cape
Radiology Group, Inc.

Wilson & Chastain, L.C., Stephen C.
Wilson, Cape Girardeau, MO, for respon-
dent Michael G. Higgins, M.D.

Before LAWRENCE G. CRAHAN, P.J.
and ROBERT G. DOWD, JR., J. and
MARY K. HOFF, J.

ORDER

PER CURIAM.

Cape Radiology Group, Inc. (Cape) ap-
peals and Michael G. Higgins, M.D. (Hig-
gins) cross-appeals from the judgment en-
tered by the circuit court after a non-jury
trial on Cape's motion for contempt and
petition for preliminary and permanent in-
junction. This proceeding arises out of
Higgins' failure to comply with a covenant
not to compete contained in an employ-
ment agreement between the parties.

We have reviewed the briefs of the par-
ties, the legal file, and the record on ap-
peal, and find the claims of error to be
without merit. The circuit court's judg-
ment is supported by substantial evidence
and is not against the weight of the evi-
dence. No error of law appears. An ex-
tended opinion reciting the detailed facts
and restating the principles of law would
have no precedential value. Judgment af-
firmed in accordance with Rule 84.16(b).

The parties have been furnished with a
memorandum for their information only,
setting forth the reasons for the order
affirming the judgment pursuant to Rule
84.16(b).